Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel: (213) 892-7933
Fax: (213) 892-7999
NDooley@cozen.com

Barry Golob (*Pro Hac Vice* Forthcoming)
COZEN O'CONNOR
1200 19th Street NW
Washington, DC 20036
Tel: (202) 912-4815
Fax: (202) 618-4843
BGolob@cozen.com

David Stahl (*Pro Hac Vice* forthcoming)
COZEN O'CONNOR
200 South Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel: (305) 397-0807
Fax: (305) 704-5955
DStahl@cozen.com

Madison McNulty (*Pro Hac Vice* forthcoming)
COZEN O'CONNOR
1650 Market St, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-5562
Fax: (215) 665-2013
MMcNulty@cozen.com

*Attorneys for Defendants Vivienne Westwood Limited, Latimo S.A., and Vivienne Westwood S.R.L.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLE SMITH, pka "DISA", and individual; REECE DEARDON, pka "SNOK", an individual; and HARRY MATTHEWS, pka "RENNEE", an individual, | Case No. 2:25-cv-01221-CBM-SSC |
| | STIPULATED REQUEST TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41 |
| Plaintiffs, | |
| v. | Complaint Served:  March 6, 2025 |
| VIVIENNE WESTWOOD LIMITED, a United Kingdom limited company; | |

1

STIPULATED REQUEST TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41

LEGAL\115147024\1

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

LATIMO S.A., an Italian Corporation; VIVIENNE WESTWOOD USA, a business entity of form unknown; VIVIENNE WESTWOOD S.R.L., an Italian Corporation; FARFETCH UK LIMITED, a United Kingdom Corporation; LYST INC., a United Kingdom Corporation; and DOES 1-10, inclusive,

Defendants.

Pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(ii) Plaintiffs COLE SMITH, REECE DEARDON, and HARRY MATTHEWS, (collectively "Plaintiffs") and Defendants VIVIENNE WESTWOOD LIMITED, LATIMO S.A., and VIVIENNE WESTWOOD S.R.L. (collectively "Defendants"), by and through their respective counsel of record, hereby request that all claims against Defendants, and all claims against any remaining defendants who have not appeared in this action pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), be dismissed with prejudice with each party bearing its own costs and fees.

IT IS SO STIPULATED.

Date: April 29, 2026          COZEN O'CONNOR

By: */s/Nathan Dooley*
Nathan Dooley (SBN 224331)
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel: (213) 892-7933
NDooley@cozen.com

Barry Golob (*Pro Hac Vice* Forthcoming)
COZEN O'CONNOR
1200 19th Street NW
Washington, DC 20036
Tel: (202) 912-4815
BGolob@cozen.com

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

2
STIPULATED REQUEST TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41
LEGAL\115147024\1

David Stahl (*Pro Hac Vice* forthcoming)
COZEN O'CONNOR
200 South Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel: (305) 397-0807
DStahl@cozen.com

Madison McNulty (*Pro Hac Vice* forthcoming)
COZEN O'CONNOR
1650 Market St, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-5562
MMcNulty@cozen.com

*Attorneys for Defendants Vivienne Westwood Limited, Latimo S.A., and Vivienne Westwood S.R.L.*

Date: April 29, 2026

GLUCK LAW FIRM

By: */s/ Jeffrey S. Gluck*
Jeffrey S. Gluck (SBN 304555)
GLUCK LAW FIRM
16950 Via De Santa Fe
Rancho Santa Fe, CA 92067
Tel: (310) 776-7413
jeff@gluckip.com


DONIGER/BURROUGHS

By: */s/ Scott Alan Burroughs*
Scott Alan Burroughs (SBN 235718)
Andres Navarro (SBN 358499)
DONIGER/BURROUGHS
603 Rose Avenue
Venice, CA 90291
Tel: (310) 590-1820
scott@donigerlawfirm.com
anavarro@donigerlawfirm.com

*Attorneys for Plaintiffs Cole Smith, pka "DISA", Reece Deardon, pka "SNOK" and Harry Matthews, pka "RENNEE"*

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

3
STIPULATED REQUEST TO DISMISS THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41
LEGAL\115147024\1